DALLAS CONSOL. ELECTRIC ST. RY. CO. v. GARRISON. (Circuit Court of Appeals, Fifth Circuit. November 27, 1912.) No. 2,308. In Error to the Circuit Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. W. R. Harris and T. B. McCormick, both of Dallas, Tex., for plaintiffs in error. Lewis M. Dabney and Murphey W. Townsend, both of Dallas, Tex., for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. A majority of the judges find no reversible error in the rulings on the pleadings and in regard to the admission of evidence. The plea of contributory negligence on the part of the plaintiff was properly submitted to the jury, and we find no error in the instructions of the court.

Whether the damages allowed by the jury were excessive is beyond our province. Erie Railroad Co. v. Winter, 143 U. S. 60–75, 12 Sup. Ct. 356, 36 L. Ed. 71. Judgment affirmed.